UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD HILMI NASSIF & PARTNERS,<br><br>     Plaintiff,<br><br>v.<br><br>REPUBLIC OF IRAQ, et al.,<br><br>     Defendants. | Case No. 1:17-cv-02193-KBJ |

**DEFENDANTS REPUBLIC OF IRAQ'S AND MINISTRY OF INDUSTRY & MINERALS OF THE REPUBLIC OF IRAQ'S MOTION TO DISMISS THE COMPLAINT**

Defendants Republic of Iraq and Ministry of Industry and Minerals of the Republic of Iraq, move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Complaint by Plaintiff Mohammad Hilmi Nassif & Partners, as set forth in detail in the accompanying Memorandum of Points and Authorities.

DATED:  November 13, 2020

Respectfully submitted,

/s/ Creighton R. Magid
Creighton R. Magid (DC Bar # 476961)
DORSEY & WHITNEY LLP
1401 New York Ave., N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 442-3555
Facsimile: (202) 442-3199
Email: magid.chip@dorsey.com

Juan C. Basombrio (Bar ID. # CA00001)
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1405
Facsimile: (714) 800-1499
Email: basombrio.juan@dorsey.com

*Attorneys for Defendants Republic of Iraq and Ministry of Industry & Minerals of the Republic of Iraq*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2020, I electronically filed the foregoing Defendants Republic of Iraq's and Ministry of Industry & Minerals of The Republic of Iraq's Motion to Dismiss the Complaint, proposed Order, Declaration of Hanan Munther Niseaf, and Declaration of Ibrahim Al-Qatawneh with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system, which automatically served opposing counsel in this case.

/s/ Creighton R. Magid
Creighton R. Magid