IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD HILMI NASSIF & PARTNERS, | |
| Plaintiff, | No. 1:17-cv-02193-JMC-GMH |
| v. | |
| REPUBLIC OF IRAQ, et.al., | Judge Jia M. Cobb |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR STATUS CONFERENCE**

Plaintiff, MOHAMAD HILMI NASSIF & PARTNERS, doing business as Trust World Wide Corp., by and through its undersigned counsel, hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 16(a), to convene a status conference at the Court's convenience to schedule further proceedings in this matter. In support thereof, Plaintiff states as follows:

1. This case was initially assigned to then- District Court Judge Ketanji Brown Jackson who ruled on Defendants' initial motion to quash, set aside judgment and to dismiss (ECF No. 45).

2. Currently pending is Defendants' second motion to dismiss under Rule 12(b)(1), Rule 12(b)(6) and on *forum non conveniens* grounds, which has been fully briefed by the parties. ECF Nos. 60, 66, 67, and 71. Magistrate Judge Harvey issued a report and recommendation to deny Defendants' pending motions on July 29, 2021. ECF No. 72.

3. Defendants filed an objection to Magistrate Judge Harvey's report and recommendation on August 12, 2021. ECF No. 73.  Plaintiff filed a response to Defendant's objections on August 26, 2021. ECF No. 74.  Defendants replied on September 2, 2021. ECF No. 75.

4. On October 1, 2021, this matter was reassigned to Judge Florence Y. Pan. However, on October 26, 2021, the assignment docket entry was modified to note that such assignment to Judge Pan was in error.

5. On November 15, 2021, this matter was reassigned to this Court.

6. There has been no recorded activity in the docket in this case since the November 15, 2021, reassignment.

7. Rule 16(a) provides that this Court may, in its discretion, direct attorneys for the parties to appear before it for a conference in order to expedite matters. Fed. R. Civ. P. 16(a).

8. Plaintiff's corporate representatives are advancing in age. Plaintiff respectfully requests that the Court schedule a status conference, at its convenience.

9. Pursuant to Local Civil Rule 7(m), Plaintiff's counsel conferred with Defendants' counsel prior to the filing of this motion, and Defendants' counsel indicated that it has no opposition to a motion for status to advance the case.

Wherefore, Plaintiff respectfully requests that this Court schedule a status conference in this matter.

Dated: January 10, 2023                     Respectfully Submitted,

                                            PLAINTIFF MOHAMMAD HILMI NASSIF &
                                            PARTNERS

By: /s/ Karnig S. Kerkonian

Karnig S. Kerkonian (D.D.C. Bar No. IL0040)
Elizabeth M. Al-Dajani (D.D.C. Bar No. IL 0039)
KERKONIAN DAJANI LLP
1555 Sherman Avenue, Suite 344
Evanston, Illinois 60201
Tel. (312) 416-6180
Fax (312) 604-7815
kkerkonian@kerkoniandajani.com
ealdajani@kerkoniandajani.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this January 10, 2023, I caused the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR A STATUS CONFERENCE (ECF NO. 77) with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system, which automatically served opposing counsel in this case.

By: /s/ Karnig S. Kerkonian
Karnig S. Kerkonian